## BULLERDICK ET AL. *v.* MILLER ET AL.

[No. 12,588.   Filed April 8, 1927.]

APPEAL.—*After new trial is ordered for errors of trial court, action for new trial under the statute becomes of no importance.*—Where an appeal is taken and the judgment reversed for errors in the trial, an independent action under §614 Burns 1926 to procure a new trial for newly-discovered evidence becomes of no importance, and an appeal therefrom will be dismissed.

From Clay Circuit Court; *Thomas W. Hutchison,* Judge.

Action by Margaret Miller Bullerdick and another against William Miller and others for a new trial for newly-discovered evidence. From a judgment for defendants, the plaintiffs appeal. *Appeal dismissed.* By the court in banc.

Cleveland, etc., R. Co. *v.* Bement-Rea Co.—86 Ind. App. 67.

*Henry W. Moore,* for appellants.

*Bernard C. Craig,* for appellees.

NICHOLS, J.—This was an independent action, under §589 Burns 1914, §614 Burns 1926, to procure a new trial on the ground of newly-discovered evidence. The original action was appealed to this court on the merits, the error assigned being the action of the court in overruling appellant's motion for a new trial for cause. See *Bullerdick* v. *Miller* (1926), 85 Ind. App. 369, 152 N. E. 280. The judgment on that appeal having been reversed with instructions to the trial court to grant a new trial, the question here involved becomes moot.

The appeal is therefore dismissed.